UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)  05 11052 NMG<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the Defendants, Bally Total Fitness Holding Corporation and Holiday Universal, Inc., in this action.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Howard M. Cooper (BBO #543842)
　　　　　　　　　　　　　　　　Kathleen M. Genova (BBO # 563359)
　　　　　　　　　　　　　　　　Todd & Weld LLP
　　　　　　　　　　　　　　　　28 State Street, 31st Floor
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　(617) 720-2626

Dated: May 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within document was served upon all counsel of record by sending copies of the same to them by hand delivery, this 19th day of May, 2005.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kathleen M. Genova