UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br>       Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br>       Defendants. | Civil Action No.05-11052 NMG |

## DEFENDANTS' LOCAL RULE 7.3 STATEMENT

In accordance with Local Rule 7.3, Defendants, Bally Total Fitness Holding Corporation ("Bally") and Holiday Universal, Inc. ("Holiday"), hereby state as follows.

Bally is a publicly held corporation. No public company owns 10% or more of its stock, to the best of Bally's knowledge.

Holiday is wholly owned by US Health Inc.

                Respectfully submitted,

                BALLY TOTAL FITNESS HOLDING CORP.
                and HOLIDAY UNIVERSAL, INC.,

                By their attorneys,

                /s/ Kathleen M. Genova
                Howard M. Cooper (BBO #543842)
                Kathleen M. Genova (BBO # 563359)
                Todd & Weld LLP
                28 State Street, 31st Floor
                Boston, MA 02109
                (617) 720-2626

Dated: May 25, 2005

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the within document was served upon all counsel of record by sending copies of the same to them by first-class mail, postage prepaid this 25th day of May, 2005.

*/s/ Kathleen M. Genova*
Kathleen M. Genova