%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Giselle Ruiz, on behalf of herself
and all others similarly situated

V.

Holiday Universal, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05cv11502

TO: (Name and address of Defendant)

Holiday Universal, Inc.
c/o Todd & Weld LLP
28 State St.
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Roddy, Esq.
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

7/28/05

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | July 20, 2005 |

| NAME OF SERVER (PRINT) Kathleen M. Genova | TITLE Attorney for Holiday Universal, Inc |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _I accepted service on behalf of my client._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/1/05__
Date

Signature of Server: /s/ KM Genova

Address of Server:
Todd & Weld LLP
28 State Street
Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.