UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ, )<br>individually and on behalf of all others )<br>similarly situated, )<br>                         )<br>                 Plaintiff ) <br>                         )<br>           v.            )<br>                         )<br>BALLY TOTAL FITNESS HOLDING CORP., )<br>a Delaware Corporation, and )<br>HOLIDAY UNIVERSAL, INC. )<br>a Delaware Corporation, )<br>                         )<br>                 Defendants )<br>                         ) | Civil Action No.<br>05-11052-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Elizabeth Ryan as co-counsel for the Plaintiff, Gisselle Ruiz, in addition to John Roddy and Gary Klein, in this matter.

        Respectfully submitted,
        Gisselle Ruiz,
        By her attorneys,

        /s/ Elizabeth Ryan
        Elizabeth Ryan  (BBO ##549632)
        John Roddy (BBO #424240)
        Gary Klein (BBO# 560769)
        Roddy Klein & Ryan
        727 Atlantic Avenue, 2nd Floor
        Boston MA 02111
        (617) 357-5500 Ext. 17
        (617) 357-5030 (fax)

Dated:  August 2, 2005        ryan@roddykleinryan.com