UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.05-11052 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS**

Pursuant to Local Rule 16.1(D)(3), Defendants, Bally Total Fitness Holding

Corporation ("Bally") and Holiday Universal, Inc. ("Holiday"), certify that they have

conferred with their counsel:

(a)    with a view to establishing a budget for the costs of conducting the full

course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in LR 16.4 (i.e., mini-trial, summary

jury trial, mediation).

Defense counsel,

Howard M. Cooper (BBO #543842)
Kathleen M. Genova (BBO # 563359)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626t

Bally Total Fitness Holding Corp.,

By: Earl J. Acquaviva, Jr.
Its Authorized Representative

Holiday Universal, Inc.,

By: Earl J. Acquaviva, Jr.
Its Authorized Representative

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within document was served upon counsel of record for the Plaintiff, John F. Keeley, Jr., Esq., Roddy Klein & Ryan, 727 Atlantic Avenue, Boston, MA 02111, by sending a copy of the same to him by hand-delivery this 5th day of August, 2005.

Kathleen M. Genova

2