UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ, individually and on behalf of all others similarly situated, <br><br>                           Plaintiff <br><br> v. <br><br> BALLY TOTAL FITNESS HOLDING CORP., a Delaware Corporation <br> HOLIDAY UNIVERSAL, INC. a Delaware Corporation <br><br>                           Defendants | Civil Action No. 05-11052-NMG |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF**

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, Giselle Ruiz, certifies that she has conferred with her counsel:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4 (i.e., mini-trial, summary jury trial, mediation).

1

Respectfully submitted,
Gisselle Ruiz,
By her attorneys,

Dated: _____

/s/ Elizabeth Ryan
Elizabeth Ryan (BBO ##549632)
John Roddy (BBO #424240)
Gary Klein (BBO# 560769)
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston MA 02111
(617) 357-5500 Ext. 17
(617) 357-5030 (fax)
ryan@roddykleinryan.com

Dated: 8/8/05

Giselle Ruiz
Plaintiff