UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> BALLY TOTAL FITNESS HOLDING CORPORATION, a Delaware corporation, and HOLIDAY UNIVERSAL, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 05-11052 NMG |

## ASSENTED-TO MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STAY

Defendants, Bally Total Fitness Holding Corporation and Holiday Universal, Inc., hereby request leave to submit a brief Reply Memorandum in Support of their Motion to Stay these proceedings pending the decision of the Massachusetts Supreme Judicial Court in *Albats v. Town Sport Int'l.*, SJC-09432. The purpose of the Reply Memorandum is to report to this Court on the September 7, 2005 oral argument of the *Albats* appeal to the Supreme Judicial Court and to respond to some of the arguments presented in Plaintiff's Response opposing the Motion to Stay. Plaintiff has assented to this Motion seeking leave to submit a Reply Memorandum. The proposed Reply Memorandum is submitted herewith.

WHEREFORE, the Court should allow Defendants to submit the Reply Memorandum submitted herewith and grant them such other and further relief as it deems appropriate.

>Respectfully submitted,
>
>BALLY TOTAL FITNESS HOLDING CORP.
>and HOLIDAY UNIVERSAL, INC.,
>
>By their attorneys,
>
>/s/ Kathleen M. Genova
>Howard M. Cooper (BBO #543842)
>Kathleen M. Genova (BBO # 563359)
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>(617) 720-2626

Dated: September 12, 2005

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendants hereby certifies that she conferred by e-mail with counsel for the Plaintiff, John Roddy, on September 9 and 10, 2005, and that he advised that Plaintiff assents to this Motion.

>/s/ Kathleen M. Genova
>Kathleen M. Genova (BBO # 563359)