UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GISSELLE RUIZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> BALLY TOTAL FITNESS HOLDING CORPORATION, a Delaware corporation, and HOLIDAY UNIVERSAL, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 05-11052 NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as co-counsel for Bally Total Fitness Holding Corporation and Holiday Universal, Inc. in the above-captioned matter. Howard M. Cooper of Todd & Weld LLP remains in this action as counsel for Defendants.

/s/ Kathleen M. Genova
Kathleen M. Genova (BBO # 563359)
Todd & Weld LLP
28 State Street
Boston, MA 02109
617-720-2626

Dated: November 4, 2005