UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all<br>Others similarly situated,<br><br>       Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING<br>CORPORATION, a Delaware<br>corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>a Delaware corporation,<br><br>       Defendants. | Civil Action No. 05-11052 NMG |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Juliet A. Davison on behalf of the Defendants, Bally Total Fitness Holding Corporation and Holiday Universal, Inc. in the above-captioned action.

                                                Defendants,
                                                BALLY TOTAL FITNESS HOLDING
                                                CORPORATION and HOLIDAY
                                                UNIVERSAL, INC.,
                                                By their attorneys,

                                                /s/ Juliet A. Davison
                                                Howard M. Cooper, BBO #543842
                                                Juliet A. Davison, BBO #562289
                                                Todd & Weld LLP
                                                28 State Street, 31st Floor
                                                Boston, MA 02109
                                                (617) 720-2626

Date:  November 4, 2005