UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
GISSELLE RUIZ,                      )
individually and on behalf of       )
all others similarly situated,      )
                                    )
            Plaintiff               )
                                    )
      v.                            )     Civil Action
                                    )     No. 05-11052-NMG
BALLY TOTAL FITNESS HOLDING         )
CORPORATION, a Delaware             )
corporation and                     )
HOLIDAY UNIVERSAL, INC.             )
a Delaware corporation,             )
                                    )
            Defendants              )
                                    )
```

ORDER

Defendants' motion to stay (Docket No. 14) is DENIED, but the Scheduling Order is amended as follows:

1) defendants' responsive pleadings shall be filed on or before December 31, 2005;

2) all other deadlines set at the Scheduling Conference on August 5, 2005 are extended by ninety (90) days;

3) the hearing on class certification is rescheduled for Friday, August 18, 2006 at 3:00 P.M.; and

4) final pretrial conference is rescheduled for Friday, August 17, 2007 at 3:00 P.M.

So Ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

November 29, 2005