UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GISSELLE RUIZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> BALLY TOTAL FITNESS HOLDING CORPORATION, a Delaware corporation, and HOLIDAY UNIVERSAL, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 05-11052 NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as co-counsel for Bally Total Fitness Holding Corporation and Holiday Universal, Inc. in the above-captioned matter. Howard M. Cooper of Todd & Weld LLP remains in this action as counsel for Defendants.

/s/ Zoe Butler-Stark
Zoe Butler-Stark, Esq. (BBO #658985)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: January 26, 2006

CERTIFICATE OF SERVICE

      I, Zoe Butler-Stark, hereby certify that the document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participant on this date.

Date: January 26, 2006                 /s/ Zoe Butler-Stark