UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br><br>      Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br><br>      Defendants | Civil Action No 05-11052 NMG |

### ASSENTED-TO MOTION TO FILE REPLY MEMORANDUM TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants Bally Total Fitness Holding Corporation and Holiday Universal, Inc. (together, "Bally"), hereby respectfully submit this Assented-to Motion for Leave to File Reply Memorandum pursuant to Local Rule 7.1(b)(3). As grounds for this motion, Bally states as follows:

1.  Bally requests leave to file a Reply Memorandum to address the arguments set forth in Plaintiff's Opposition to Defendants' Motion to Dismiss.

2.  Bally believes that its Reply Memorandum will assist the Court in deciding the issues presented.

3.  Plaintiff, by and through her counsel, has assented to this Motion. No party will be prejudiced if the Court grants the relief sought by this Motion.

WHEREFORE, Bally hereby respectfully requests that the Court grant the requested leave to file a Reply Memorandum to Plaintiff's Opposition to Defendants' Motion to Dismiss.

> Respectfully submitted,
>
> BALLY TOTAL FITNESS HOLDING
> CORP. and HOLIDAY UNIVERSAL, INC.,
>
> By their attorneys,
>
> /s/ Juliet A. Davison
> Howard M. Cooper, Esq., BBO #543842
> Juliet A. Davison, Esq., BBO #562289
> Todd & Weld LLP
> 28 State Street, 31st Floor
> Boston, Massachusetts 02109
> (617) 720-2626

Date:   February 7, 2006

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to L.R. 7.1(A)(2), I have conferred with plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised in this motion and plaintiff's counsel has assented to the filing of a Reply Memorandum.

> /s/ Juliet A. Davison
> Juliet A. Davison