UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br><br>       Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.05-11052 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF WILLIAM R. KLEIN

William R. Klein, being duly sworn, hereby deposes and says:

1.     I am an attorney with the law firm of Young, Finkel & Silbert Limited.

Young, Finkel & Silbert Limited has been retained to represent Defendants Bally Total

Fitness Holding Corp. ("Bally") and Holiday Universal, Inc. ("Holiday") in the matter of

Gisselle Ruiz v. Bally Total Fitness Holding Corp. and Holiday Universal, Inc., Civil

Action No.: 05-11052 NMG. I submit this Affidavit pursuant to Local Rule 83.5.3 of the

Local Rules of the United States District Court for the District of Massachusetts.

2.     I am a member of the Bar of the State of Illinois.

3.     I am a member of the Bar in good standing in Illinois in every jurisdiction

in which I have been admitted to practice and there are no disciplinary proceedings

pending against me as a member of the Bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY

OF MARCH, 2006.

/s/ William R. Klein
William R. Klein, Esq.
Young, Finkel & Silbert Limited
33 North La Salle Street, Suite 900
Chicago, IL 60602

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GISSELLE RUIZ, <br> Individually and on behalf of all others <br> Similarly situated, | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No.05-11052 NMG |
| BALLY TOTAL FITNESS HOLDING CORP., <br> A Delaware Corporation, and <br> HOLIDAY UNIVERSAL, INC., <br> A Delaware Corporation, | ) ) ) ) ) | |
| Defendants | ) ) | |

## ASSENTED-TO MOTION TO ADMIT
## WILLIAM R. KLEIN PRO HAC VICE

Defendants, Bally Total Fitness Holding Corp. ("Bally") and Holiday Universal,

Inc. ("Holiday"), through the undersigned counsel, Juliet A. Davison, respectfully

requests, pursuant to Local Rule 83.5.3, that the Court admit William R. Klein pro hac

vice for purposes of the above-captioned matter and states:

1. The undersigned is an attorney with the law firm of Todd & Weld LLP

and is a member in good standing of the Bar of the Commonwealth of Massachusetts, the

Bar of the United States District Court for the District of Massachusetts and the Bar of

the United States Court of Appeals for the First Circuit.

2. William R. Klein is an attorney with the law firm of Young, Finkel, &

Silbert Limited of Chicago, Illinois and with counsel from Todd & Weld LLP represents

Defendants, Bally and Holiday in this action.

3.     As shown by his Affidavit attached hereto as Exhibit A (i) Messr. Klein is

a member in good standing of the Bar in every jurisdiction in which he has been admitted

to practice; (ii) there are no disciplinary proceedings pending against Messr. Klein as a

member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the

United States District Court for the District of Massachusetts.

4.     The undersigned will serve as co-counsel with Messr. Klein for

Defendants Bally and Holiday in this matter.

Wherefore, Defendants Bally and Holiday request an Order admitting attorney

William R. Klein pro hac vice.

Respectfully submitted,

BALLY TOTAL FITNESS HOLDING
CORP. and HOLIDAY UNIVERSAL, INC.,

By its attorney,

/s/ Juliet A. Davison
Howard M. Cooper, Esq., BBO #543842
Juliet A. Davison, Esq., BBO #562289
Todd & Weld LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109
(617) 720-2626
jdavison@toddweld.com

Date:   March 7, 2006

2

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to L.R., D. Mass. 7.1(A)(2), counsel for both parties

conferred on March 7, 2006 and Plaintiff's counsel assented to the admission of Attorney

William R. Klein pro hac vice.

/s/ Juliet A. Davison
Juliet A. Davison

3

## CERTIFICATE OF SERVICE

I, Juliet A. Davison, hereby certify that on this 7th day of March, 2006, this

Motion to Admit William R. Klein pro hac vice filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Juliet A. Davison
Juliet A. Davison

4