UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br><br>       Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br><br>       Defendants | Civil Action No.05-11052 NMG |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Erica Tennyson on behalf of the defendants, Bally Total Fitness Holding Corp. and Holiday Universal, Inc. in the above-captioned action.

                                            BALLY TOTAL FITNESS
                                            HOLDING CORP. AND
                                            HOLIDAY UNIVERSAL, INC.

                                            By their attorneys,
                                            /s/ Erica Tennyson
                                            Howard M. Cooper (BBO # 543842)
                                            Juliet A. Davison (BBO # 562289)
                                            Erica Tennyson (BBO # 660707)
                                            Todd & Weld LLP
                                            28 State Street
                                            Boston, MA 02109
                                            617-720-2626
                                            etennyson@toddweld.com

Date:  May 8, 2006

## CERTIFICATE OF SERVICE

      I, Erica Tennyson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 8, 2006.

                                        /s/ Erica Tennyson  
                                        Erica Tennyson