UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>individually and on behalf of all others<br>similarly situated,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>a Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.<br>a Delaware Corporation,<br><br>　　　　　　　　　　Defendants. | Civil Action No.<br>05-11052-NMG |

## JOINT MOTION TO EXTEND SCHEDULING DEADLINES

Plaintiff, Giselle Ruiz, ("Ms. Ruiz") and Defendants, Bally Total Fitness Holding Corporation and Holiday Universal, Inc., (collectively, "Bally's") hereby jointly move this Court to extend the current scheduling deadlines contained in the Court's November 29, 2005 scheduling order [Docket No. 23] according to the following proposed schedule. As grounds for this motion, the parties state as follows:

1.　On May 9, 2006, Bally's filed a Motion To Stay Discovery to which Ms. Ruiz responded on May 22, 2006.

2.　The court has not yet ruled on Bally's motion.

3.　On or about May 23, 2006, Bally's, through counsel, contacted counsel for Ms. Ruiz to request an extension of time to respond to her discovery requests until July 5, 2006.

4.　Ms. Ruiz consented to the extension.

5.  With the agreed to extension for Bally's to respond to Ms. Ruiz's discovery requests, all other deadlines will be affected. For example, the current deadline set for Ms. Ruiz's motion for class certification is July 14, 2006, currently leaving Ms. Ruiz's counsel a period of approximately 10 days to prepare it after receiving discovery.

6.  Accordingly, the parties request that this Court extend the scheduling deadlines as follows:

| Deadline set 11/29/05 | Proposed new deadline | Event |
|---|---|---|
| May 29, 2006 | July 5, 2006 | Written discovery deadline, class certification |
| June 29, 2006 | August 3, 2006 | Written discovery responses |
| [not specifically set] | September 5, 2006 | Deposition deadline, class certification |
| July 14, 2006 | September 15, 2006 | Motion for class certification |
| July 31, 2006 | October 5, 2006 | Opposition to motion for class certification |
| August 15, 2006 | October 19, 2006 | Joint status report, mediation |
| August 18, 2006 at 3:00 | October 23, 2006 at 3:00 | Hearing, class certification |
| October 2, 2006 | December 8, 2006 | Automatic disclosures, merits |
| November 29, 2006 | February 8, 2007 | Written discovery deadline, merits |
| December 29, 2006 | March 12, 2007 | Written discovery responses |
| January 29, 2007 | April 12, 2007 | Non-expert deposition deadline |
| February 28, 2007 | May 14, 2007 | Expert disclosures and Rule 26 expert reports |
| May 1, 2007 | July 16, 2007 | Expert deposition deadline |

| Deadline set 11/29/05 | Proposed new deadline | Event (cont...) |
|---|---|---|
| May 29, 2007 | August 16, 2007 | Dispositive motion deadline |
| June 30, 2007 | September 17, 2007 | Dispositive motion oppositions |
| August 17, 2007, 3:00 | October 8, 2007, 3:00 | Final pre-trial conference |
| October 8, 2007 | December 10, 2007 | Trial |

WHEREFORE, the parties request that this court grant this motion and the deadlines contained therein and such other and further relief as it deems appropriate.

Respectfully submitted,

GISSELLE RUIZ,

Plaintiff,

By her counsel,

/s/ John Roddy
John Roddy (BBO #424240)
Gary Klein (BBO #560769)
Elizabeth Ryan (BBO #549632)
Shennan Kavanagh (BBO #655174)
Roddy Klein & Ryan
727 Atlantic Avenue, 2d Fl.
Boston, MA 02111
Phone: (617) 357-5500
Fax: (617) 357-5030
roddy@roddykleinryan.com

BALLY TOTAL FITNESS HOLDING
CORP. and HOLIDAY UNIVERSAL INC.,

Defendants,

By their counsel,

/s/ Erica Tennyson
Howard M. Cooper (BBO # 543842)
Juliet Davidson (BBO # 562289)
Erica Tennyson (BBO # 660707)
Todd & Weld LLP
28 State Street
Boston, MA 02109
Phone: (617) 720-2626
Fax: (617) 720-5777
hcooper@toddweld.com
jdavison@toddweld.com
etennyson@toddweld.com

Dated: May 25, 2006

## CERTIFICATE OF SERVICE

    I, Erica Tennyson, hereby certify that the Joint Motion to Extend Scheduling Deadlines filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2006.

                                                 /s/ Erica Tennyson
                                               Erica Tennyson