UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GISSELLE RUIZ,<br>individually and on behalf of all others<br>similarly situated,<br><br>            Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>a Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.<br>a Delaware Corporation,<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>05-11052-NMG |

**NOTICE OF APPEAL**

Notice is hereby given that Gisselle Ruiz ("Ms. Ruiz"), the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order [Docket No. 41], in which the United States District Court for the District of Massachusetts granted defendants', Bally Total Fitness Holding Corp., and Holiday Universal, Inc., motion to dismiss Ms. Ruiz's First Amended Class Action Complaint. The order and judgment were entered on the docket on July 17, 2006, making this appeal timely.

                                                        Respectfully submitted,
                                                        Gisselle Ruiz,
                                                        By her attorneys,

                                                        /s/ John Roddy
                                                        John Roddy, BBO #424240
                                                        Gary Klein, BBO #560769
                                                        Elizabeth Ryan, BBO #549632
                                                        Shennan Kavanagh, BBO #655174

Roddy Klein & Ryan
727 Atlantic Avenue, 2d Floor
Boston, MA 02108
Telephone: (617) 357-5500 ext. 16
Fax: (617) 357-5030
roddy@roddykleinryan.com

Dated: August 9, 2006

CERTIFICATE OF SERVICE

    I, John Roddy, hereby certify that on this 9th day of August, 2006, I filed the foregoing document electronically. This document will be sent electronically through the ECF system to the registered participants as identified on the Notice of Electronic Filing.

/s/ John Roddy
John Roddy