UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GISSELLE RUIZ,<br>Individually and on behalf of all others<br>Similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING CORP.,<br>A Delaware Corporation, and<br>HOLIDAY UNIVERSAL, INC.,<br>A Delaware Corporation,<br><br>    Defendants | Civil Action No. 05-11052 NMG |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Erica Tennyson on behalf of the defendants,

Bally Total Fitness Holding Corp. and Holiday Universal, Inc. in the above-captioned

action. Howard M. Cooper and Juliet A. Davison of Todd & Weld LLP will continue to

represent the defendants, Bally Total Fitness Holding Corp. and Holiday Universal, Inc.,

in the above-captioned action.

> BALLY TOTAL FITNESS
> HOLDING CORP. AND
> HOLIDAY UNIVERSAL, INC.
>
> By their attorneys,
> /s/ Erica Tennyson
> Howard M. Cooper (BBO # 543842)
> Juliet A. Davison (BBO # 562289)
> Erica Tennyson (BBO # 660707)
> Todd & Weld LLP
> 28 State Street
> Boston, MA 02109
> 617-720-2626
> etennyson@toddweld.com

Date:  June 28, 2007

## **CERTIFICATE OF SERVICE**

I, Erica Tennyson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 28, 2007.

/s/ Erica Tennyson
Erica Tennyson